UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Peg McKee, | **Civil No. 07-1946 (PAM/JSM)** |
| Plaintiff, | |
| vs. | **ORDER FOR JUDGMENT** |
| Peter Wiebe and Steve's Livestock Transport (Blumenort), Ltd., | |
| Defendants. | |

---

Based upon the Stipulation of Dismissal with Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that any and all claims against Defendants in this matter are hereby dismissed, with prejudice, on the merits, and in its entirety, but without any award of costs or disbursements to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 4, 2008.    BY THE COURT:

s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court